**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CLASS ACTION COMPLAINT**

**JOHN A. BURKS, Individually and on behalf**                        **PLAINTIFF**
**of All Others Similarly Situated**

**v.**                      **NO. 4:06-CV-00551 GTE**

**ARVEST BANK, AS SUCCESSOR TO**
**SUPERIOR FEDERAL BANK**                                               **DEFENDANT**

**JUDGMENT**

Pursuant to the Order filed in this matter this date granting Judgment on the Pleadings in favor of Defendant Arvest Bank, as Successor to Superior Federal Bank, it is hereby CONSIDERED, ORDERED, AND ADJUDGED that the Complaint in this matter be, and it hereby is, dismissed in its entirety as to the individual claim for relief asserted by Plaintiff John A. Burks.

IT IS SO ORDERED THIS  6th  day of December, 2006.

                                                              /s/Garnett Thomas Eisele
                                                              UNITED STATES DISTRICT JUDGE